**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marva Dawson<br>           Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-20459 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of JPMC Specialty Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8997

                                                    Respectfully submitted,

                                                    **/s/Thomas Puleo, Esquire**
                                                    Thomas Puleo, Esquire
                                                    Brian C. Nicholas, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 825-6306  FAX (215) 825-6406