# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-20459-ELF

MARVA DAWSON

518 OAK LANE

PHILADELPHIA, PA 19126

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARVA DAWSON

518 OAK LANE

PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

Date: 2/15/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee