# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marva Dawson <br>     Debtor(s) <br><br> JPMC Specialty Mortgage LLC <br>     Movant <br>     v. <br> Marva Dawson <br>     Debtor(s) <br><br> William C. Miller Esq. <br>     Trustee | CHAPTER 13 <br> BK NO: 13-20459 ELF |

## ORDER OF COURT

AND NOW, this __2nd__ day of __May__, 2019 it is ORDERED that the Motion filed herein is granted, and the deadline for Movant to file its Response to the Trustee's Notice of Final Cure Payment in this matter is hereby extended to May 23, 2019.

The hearing scheduled on June 4, 2019 is cancelled.

BY THE COURT,

_____J.
Eric L. Frank
U.S. Bankruptcy Judge