UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marva Dawson<br>　　　　　　Debtor(s)<br><br>JPMC Specialty Mortgage LLC<br>　　　　　　Movant<br>　　　　v.<br>Marva Dawson<br>　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　Trustee | CHAPTER 13<br>BK NO: 13-20459 ELF |

## ORDER OF COURT

AND NOW, this __28th__ day of __May__, 2019 it is ORDERED that the Motion filed herein is granted, and the deadline for Movant to file its Response to the Trustee's Notice of Final Cure Payment in this matter is hereby extended to June 12, 2019. **No further extensions shall be granted absent extraordinary cause**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**