United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 13-20459-elf
Marva Dawson    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: May 28, 2019
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
db    +Marva Dawson,    518 Oak Lane,    Philadelphia, PA 19126-3053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
    ANDREW   SPIVACK    on behalf of Creditor    JPMorgan Chase Bank N.A., Successor In Interest To Washington Mutual Bank, FKA Washington Mutual Bank, FA paeb@fedphe.com
    JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank N.A., Successor In Interest To Washington Mutual Bank, FKA Washington Mutual Bank, FA paeb@fedphe.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    MICHAEL D. SAYLES    on behalf of Debtor Marva  Dawson midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
    REBECCA ANN SOLARZ    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    JPMC Specialty Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
    TOTAL: 12

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marva Dawson <br>         <u>Debtor(s)</u> <br><br> JPMC Specialty Mortgage LLC <br>         <u>Movant</u> <br>    v. <br> Marva Dawson <br>         <u>Debtor(s)</u> <br><br> William C. Miller Esq. <br>         <u>Trustee</u> | CHAPTER 13 <br> BK NO: 13-20459 ELF |

**ORDER OF COURT**

AND NOW, this <u>28th</u> day of <u>May</u>, 2019 it is ORDERED that the Motion filed herein is granted, and the deadline for Movant to file its Response to the Trustee's Notice of Final Cure Payment in this matter is hereby extended to June 12, 2019.  **No further extensions shall be granted absent extraordinary cause**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**