United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-20459-elf
Marva Dawson                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD            Page 1 of 2             Date Rcvd: Jul 18, 2019
                            Form ID: 138NEW         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
```
db         +Marva Dawson,    518 Oak Lane,    Philadelphia, PA 19126-3053
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr         +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
             Southfield, MI 48034-8331
13274286   +BANK OF AMERICA, N.A.,    ATTNl BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
             SIMI VALLEY, CA 93065-6414
13202157   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13370244   +Michael D. Sayles, Esquire,    427 W Cheltenham Avenue #2,    Elkins Park, PA 19027-3291
13201497   +PGW,    800 West Montgomery Drive,    attn: Bankruptcy Department,    Philadelphia, PA 19122-2806
13201499    Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13201500   +Washington Mutual Bank FA,    7105 Corporate Drive,    Plano, TX 75024-4100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:43      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:14       
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:27       U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13204833   +E-mail/Text: g20956@att.com Jul 19 2019 02:47:48       AT&T Mobility II LLC,
             % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
13201496    E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:43      City of Philadelphia,
             Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
             Philadelphia, PA 19102-1595
13201498   +E-mail/Text: nod.referrals@fedphe.com Jul 19 2019 02:46:50       Phelan Hallihan & Schmeig, LLP,
             One Penn Center at Suburban Station,    1617 JFK Boulevard, Suite 1400,
             Philadelphia, PA 19103-1814
13201501    E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:43      Water Revenue Bureau,
             Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          JPMorgan Chase Bank NA
13990335    JPMorgan Chase Bank,    3415 Vision Drive, OH4-7142, Columbus, O
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    JPMorgan Chase Bank N.A., Successor In Interest To
               Washington Mutual Bank, FKA Washington Mutual Bank, FA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank N.A., Successor In Interest To
               Washington Mutual Bank, FKA Washington Mutual Bank, FA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMC Specialty Mortgage LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MICHAEL D. SAYLES    on behalf of Debtor Marva  Dawson midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
```

```
District/off: 0313-2           User: TashaD              Page 2 of 2                  Date Rcvd: Jul 18, 2019
                               Form ID: 138NEW           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    REBECCA ANN SOLARZ    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    JPMC Specialty Mortgage LLC tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
     ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                               TOTAL: 13

Case 13-20459-elf    Doc 141    Filed 07/20/19    Entered 07/21/19 00:49:44    Desc
Imaged Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marva Dawson
         Debtor(s)                                 Bankruptcy No: 13−20459−elf
                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                             For The Court
                                            Timothy B. McGrath
                                            Clerk of Court

Dated: 7/18/19

                                                                                           140 − 139
                                                                                      Form 138_new