United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marva Dawson  
    Debtor

Case No. 13-20459-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 29, 2019  
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db          +Marva Dawson,    518 Oak Lane,    Philadelphia, PA 19126-3053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

       ANDREW SPIVACK    on behalf of Creditor    JPMorgan Chase Bank N.A., Successor In Interest To Washington Mutual Bank, FKA Washington Mutual Bank, FA paeb@fedphe.com  
       JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank N.A., Successor In Interest To Washington Mutual Bank, FKA Washington Mutual Bank, FA paeb@fedphe.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com  
       LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       MICHAEL D. SAYLES    on behalf of Debtor Marva Dawson midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    JPMC Specialty Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                      TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 13

Marva Dawson                                              : Case No. 13−20459−elf
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 29, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

144
Form 195